

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00373-CV

In the **INTEREST OF S.L**. and C.L., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01416
Honorable Charles E. Montemayor, Associate Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's Order of Termination is AFFIRMED. No costs are assessed against appellant because she is indigent.

SIGNED October 9, 2013.

_____
Luz Elena D. Chapa, Justice